# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cr-30195-MJR |
| ) | |
| JAMES T. KEEL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER
## ADOPTING REPORT & RECOMMENDATION AND
## ACCEPTING DEFENDANT'S GUILTY PLEA

REAGAN, Chief Judge:

On August 20, 2018, the parties appeared before the Honorable Stephen C. Williams, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of the parties and following a thorough colloquy, Defendant Keel entered a guilty plea to Counts 1 and 2 of the – charging possession with intent to distribute cocaine base and possession of a weapon by a felon, respectively.

By Report and Recommendation docketed August 20, 2018 (Doc. 46), Judge Williams recommends that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the United States Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline elapsed without any party filing objections or seeking additional time in which to do so.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 26), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth in the indictment to which Defendant pled guilty. The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report. The Court **CONFIRMS that SENTENCING** shall proceed at **11:00 a.m. on January 25, 2019.**

IT IS SO ORDERED.

DATED: September 10, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
United States District Court